**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE LOCAL 854
PENSION FUND *et al.*

                Plaintiffs,  **ORDER**

      -against-  **23-cv-1160 (JHR) (JW)**

BARRETT *et al.*

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In mid-January, this Court granted Plaintiffs' request to extend the deadline to seek leave to amend. Dkt. No. 75. The deadline was moved to February 16th. Id. On the 16th, Plaintiffs filed a letter motion seeking a pre-motion conference for leave to amend the Complaint. Dkt. No. 88. Defendants then submitted a letter explaining they expected Plaintiff to have filed their Motion to Amend by the 16th, and requesting the Court set a briefing schedule on the Motion. Dkt. No. 91.

On February 20th, the Plaintiffs submitted a letter explaining that they were unable to agree with the Defendants on the contents of the required joint status update. Dkt. No. 89. The Defendants responded that same day with their own status letter explaining that the Parties still have outstanding discovery issues and that they plan to brief them by the February 23rd deadline. See Dkt. No. 91; See also Dkt. Nos. 79, 81.

First, to clarify, the Parties remain obligated to file their three-page letter motions (pointing to specific case law in support of their positions) by February 23rd. Those letters should address any outstanding pending discovery disputes.

Second, no pre-motion conference on the Motion to Amend is necessary. The Plaintiffs have already been granted leave to file a Motion to Amend. Plaintiffs shall have **until March 8th** to file that Motion. Defendants have until **March 22nd** to oppose that Motion. Plaintiffs' Reply is due **March 29th**.

**The Clerk of the Court is respectfully requested to close Dkt. Nos. 24, 33, 46, 47, 49, 52, 88, and 91.**

SO ORDERED.

DATED:   New York, New York
         February 22, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge