UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
TRUSTEES OF THE LOCAL 854 PENSION          :
FUND, et al.,                              :        23cv1160(DLC)
                                          :
                    Plaintiffs,            :        ORDER
                                          :
          -v-                              :
                                          :
KENNETH BARRETT, et al.,                   :
                                          :
                    Defendants.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     This case having been reassigned to this Court for all

purposes, it is hereby

     ORDERED that the parties shall file a letter no later than

December 17, 2025, apprising the Court of the status of this

action.

     IT IS FURTHER ORDERED that the parties shall, no later than

December 19, 2025, provide this Court one copy of the operative

complaint and two courtesy copies of all motions pending in this

case by mail or hand-delivery to 500 Pearl Street, New York, NY

10007.

Dated:    New York, New York
          December 8, 2025

                              _____
                                      DENISE COTE
                              United States District Judge