# LAW OFFICES OF JENNIFER SMITH PLLC

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY  10006

(347) 342-2213

jsmith@jennifersmithlaw.com

January 21, 2026

*Granted.*

*Denise Cote*

*1/21/26*

**Via ECF**
Hon. Denise L. Cote, USDJ
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> **RE:**   ***Tr. of Local 854 Pension Fund, et al.. v. Barrett et al.***
> **Docket No. 23-CV-01160 (DLC) (JW)**

Dear Judge Cote,

This law firm represents Defendant Kenneth Barrett in the above-referenced action. Barrett writes to request 30-day adjournments of the January 22 deadline to file a discovery plan, January 26 deadline to file a Rule 72 motion, and January 26 deadline to move for reconsideration under Local Civil Rule 6.3.

Defendant Barrett previously requested a stay pending the upcoming settlement conference, or in the alternative, a limited 30-day adjournment to accommodate counsel's prior workload obligations. Defendant 745 Whitter consented. The Fund opposed. The Court denied both requests.

Unfortunately, life had other plans. My mother died on Monday.

In light of the recent death in my immediate family, I renew Barrett's request for a 30-day adjournment of the deadlines listed above, to allow me to attend to the accompanying family issues and final arrangements, before returning to work on these and other legal filings.

All parties graciously consent.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*s/ Jennifer S. Smith*

Jennifer S. Smith