UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TRUSTEES OF THE LOCAL 854 PENSION        :
FUND, et al.,                            :
                                         :          23cv1160 (DLC)
                  Plaintiffs,            :
                                         :          ORDER
            -v-                          :
                                         :
KENNETH BARRETT, et al.,                 :
                                         :
                  Defendants.            :
                                        X
----------------------------------------

DENISE COTE, District Judge:

    An Opinion of January 12, 2026, granted the plaintiffs'
motion to amend the complaint and denied the defendants' cross-
motion to dismiss certain claims.  The first amended complaint
was filed on January 14, adding a claim against Advance Transit
for reallocation liability.  On February 18, Advance Transit
filed a motion to dismiss the first amended complaint pursuant
to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Under Rule
15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the
service of a motion under Rule 12(b) to amend the complaint once
as a matter of course.  Accordingly, it is hereby

    ORDERED that plaintiffs shall file any second amended
complaint by **March 13, 2026**.  It is unlikely that plaintiffs
will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no second amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **March 13, 2026.**  Advance Transit's reply, if any, shall be filed by **March 20, 2026.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           February 20, 2026

_____
DENISE COTE
United States District Judge

2