# LAW OFFICES OF JENNIFER SMITH PLLC

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY 10006

(347) 342-2213

jsmith@jennifersmithlaw.com

February 23, 2026

*Denied.*

*Denise Cote*
*2/24/26*

**Via ECF**
Hon. Denise L. Cote, USDJ
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> **RE:** *Tr. of Local 854 Pension Fund, et al.. v. Barrett et al.*
> **Docket No. 23-CV-01160 (DLC) (JW)**

Dear Judge Cote,

This law firm represents Defendant Kenneth Barrett in the above-referenced action. Barrett writes to ask the Court to sync the briefing schedules for motions concerning the First and Second Amended Complaints, so that both motions are due March 6, 2026. The Whittier Defendants consent. Plaintiffs do not consent.

On January 12, 2026, the Court granted Plaintiffs' motion to file their First Amended Complaint. Among other issues, the Court based part of its ruling on its mistaken understanding that Defendant Advance Transit Co., Inc. ("Advance") had never requested arbitration to review Plaintiffs' 2023 Assessment of reallocation liability arising from a 2021 Substantially All Mass Withdrawal, and Advance had thereby waived all defenses. Because Advance did request arbitration, this ruling was incorrect.[1] Barrett's motion to reconsider pursuant to Local Rule 6.3 ("Motion to Reconsider") was originally due Monday, January 26, but was previously adjourned to Thursday, February 26.

Meanwhile, on February 20, 2026, Plaintiffs filed their Second Amended Complaint, which modified but did not withdraw Plaintiffs' claim under the 2023 Assessment. It also added a new claim based on a 2025 assessment of reallocation liability arising from a 2022 Termination Mass Withdrawal. Most Defendants' deadlines to answer or move to dismiss the Second Amended Complaint ("Motion to Dismiss") will be Friday, March 6, 2026.

Because both motions are addressed to the pleadings, and both will address Plaintiffs' claims arising from the 2023 Assessment, Defendant Barrett respectfully seeks an 8-day extension of time to file his Motion to Reconsider, in order to sync the briefing schedules, so

---

[1]     Advance timely demanded arbitration before Arbitrator Elliot Shaller at the AAA, Case No. 024-0005-9436.

Hon. Denise L. Cote
February 23, 2026

Barrett's Motion to Reconsider can be filed simultaneously with other Defendants' Motion to Dismiss.

Although in theory the Motion to Dismiss could be filed early on February 26, Plaintiffs' Second Amended Complaint was filed after hours on Friday, February 20.  Given the other filings due in this case this week, four days would be insufficient to prepare the Motion to Dismiss.

Barrett respectfully submits that filing a single motion will be time-efficient for the Court, and cost-effective for all parties.  He therefore respectfully asks the Court to adjourn the Motion to Reconsider deadline to **Friday, March 6, 2026**.

Respectfully submitted,

*s/ Jennifer S. Smith*

Jennifer S. Smith

2