UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TRUSTEES OF THE LOCAL 854 PENSION     :
FUND, et. al.,                        :
                                      :        23cv1160 (DLC)
                    Plaintiffs,       :
                                      :        ORDER
          -v-                         :
                                      :
KENNETH BARRETT, et al.,              :
                                      :
                    Defendants.       :
------------------------------------- X

DENISE COTE, District Judge:

     An Opinion of January 12, 2026, granted the plaintiffs'

motion to amend the complaint and denied the defendants' cross-

motion to dismiss certain claims.  The first amended complaint

was filed on January 14, adding a claim against Advance Transit

for reallocation liability.  On February 18, Advance Transit

filed a motion to dismiss the plaintiffs' first amended

complaint in this action pursuant to Rule 12(b)(1) and 12(b)(6),

Fed. R. Civ. P.  An Order of February 20 directed the plaintiffs

to file any second amended complaint by March 13 and alerted the

plaintiffs that they would likely not have another opportunity

to amend.  The plaintiffs filed a second amended complaint on

February 20.  Accordingly, it is hereby

     ORDERED that the Advance Transit's February 28 motion is

dismissed as moot.

     IT IS FURTHER ORDERED that any renewed motion to dismiss

will be served by the dates indicated below:

-     Motion served by **March 13, 2026**
-     Opposition served by **March 27, 2026**
-     Reply served by **April 3, 2026**

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
         February 24, 2026

_____
DENISE COTE
United States District Judge

2