UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                               :

TRUSTEES OF THE LOCAL 854 PENSION   :
FUND, et. al.,                         :

                        :      23cv1160 (DLC)

              Plaintiffs,  :

                        :        ORDER

       -v-                  :

                        :

KENNETH BARRETT, et al.,         :

                        :

              Defendants.  :

                        :
------------------------------------------ X

DENISE COTE, District Judge:

ORDERED that the October 31, 2023 Order of Reference to a Magistrate Judge for general pretrial purposes is withdrawn.

IT IS FURTHER ORDERED that the case is referred to Magistrate Judge Jennifer E. Willis for settlement discussions to occur in **March 2026.**

Dated:    New York, New York
          February 25, 2026

                          _____
                             DENISE COTE
                United States District Judge