UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                        :

TRUSTEES OF THE LOCAL 854 PENSION   :
FUND, et. al.,                           :
                                        :      23cv1160 (DLC)
                  Plaintiffs,  :
                                          :        ORDER
          -v-                           :
                                          :
KENNETH BARRETT, et al.,          :
                                          :
                 Defendants.   :
                                          :
------------------------------------------- X

DENISE COTE, District Judge:

On January 12, 2026, the plaintiffs' motion to amend was granted.  The plaintiffs filed their first amended complaint on January 14.  The plaintiffs filed their second amended complaint ("SAC") on February 20.  An Order of February 24 set the deadline of March 13 for any renewed motion to dismiss by Advance Transit.  On February 25, the reference to the Magistrate Judge for general pretrial supervision was withdrawn.  A settlement conference before the Magistrate Judge is scheduled for March 12.

Through a letter of February 23, the parties present their competing views on a schedule for completion of discovery.  On February 24, the plaintiffs filed objections to the discovery order of September 3, 2024.  On February 25, defendant Ken Barrett filed his objections to that same discovery order.  Accordingly, it is hereby

ORDERED that defendant Ken Barrett shall promptly provide the plaintiffs with three dates that fall on or before March 11 on which he is available for his deposition.

IT IS FURTHER ORDERED that those portions of the September 3, 2024 discovery order to which a party has objected are vacated.

IT IS FURTHER ORDERED that discovery will not be further stayed, including in the event a defendant files a motion to dismiss the SAC in lieu of an answer.

IT IS FURTHER ORDERED that a conference will be held in Courtroom 18B on **March 13, 2026** at **12:00 PM** to set a schedule for this action and to resolve any outstanding discovery disputes.  The parties shall meet and confer regarding any disputes and file letters no longer than two pages by **March 11, 2026** to describe any unresolved disputes that should be addressed at the conference.

Dated:     New York, New York
           February 26, 2026

_____
DENISE COTE
United States District Judge

2