UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                   :

TRUSTEES OF THE LOCAL 854 PENSION  :
FUND, et. al.,                        :
                                   :        23cv1160 (DLC)
                   Plaintiffs,  :
                                     :          ORDER
         -v-                       :

KENNETH BARRETT, et al.,      :

                   Defendants.  :

------------------------------------- X

DENISE COTE, District Judge:

    Having received Ken Barrett's February 26, 2026 motion for reconsideration, it is hereby

    ORDERED that any response to the motion for reconsideration is due **March 13, 2026.**  Any reply is due **March 20, 2026.**  At the time the reply is due, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           February 27, 2026

                            _____
                             DENISE COTE
                United States District Judge