UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

                                   :

TRUSTEES OF THE LOCAL 854 PENSION    :
FUND, et. al.,

                                   :           23cv1160 (DLC)

                     Plaintiffs,   :

                                   :              ORDER

            -v-                       :

                                   :

KENNETH BARRETT, et al.,               :

                                   :

                   Defendants.   :

                                   :

---------------------------------------- X

DENISE COTE, District Judge:

     The parties having reported at the conference held on March 13, 2026, that they have reached a settlement in principle, it is hereby

     ORDERED that a status letter is due **April 6, 2026.**

     IT IS FURTHER ORDERED that parties' joint request to stay the pending deadlines in this case while they execute a settlement agreement is granted.

Dated:     New York, New York
           March 13, 2026

                              _____
                                  DENISE COTE
                     United States District Judge