```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRUSTEES OF THE LOCAL 854 PENSION        :
FUND, et. al.,                           :
                                         :          23cv1160 (DLC)
                            Plaintiffs,  :
                                         :             ORDER
             -v-                         :
                                         :
KENNETH BARRETT, et al.,                 :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of January 12, 2026, granted the plaintiffs'
motion to amend the complaint and denied the defendants' cross-
motion to dismiss certain claims.  The first amended complaint
("FAC") was filed on January 14, adding a claim against Advance
Transit for reallocation liability.  In response to a motion to
dismiss filed by Advance Transit, the plaintiffs filed a second
amended complaint ("SAC") on February 20.  An Order of February
24 set the deadline of March 13 for any renewed motion to
dismiss by Advance Transit.  Affidavits of service of the SAC
have not been filed on ECF.

On February 26, Ken Barrett filed a motion for
reconsideration of the January 12 Opinion.  The plaintiffs filed
an opposition on March 2.  Ken Barrett's reply was due March 20.

Meanwhile, the referral of this litigation to the
Magistrate Judge for pretrial supervision was withdrawn.

Through a joint letter of February 23, the parties presented their views on a schedule for completion of discovery. Outstanding discovery disputes were to be addressed at a March 13 conference, but the parties reported at that conference that they had reached a settlement in principle.  Due to that announcement, a stay of pending deadlines was entered and the parties were required to submit a status letter by April 2, a date which was extended to April 21.

On April 20, the plaintiff filed a letter stating that the parties have not been able to reach agreement on the terms of the settlement agreement.  Accordingly, it is hereby

ORDERED that the stay entered on March 13 is vacated.

IT IS FURTHER ORDERED that the plaintiffs must promptly file affidavits of service of the SAC on ECF.

IT IS FURTHER ORDERED that the defendants must answer the SAC or otherwise respond to the SAC by **May 1, 2026.**  There shall be no further adjournment of this date.

IT IS FURTHER ORDERED that Ken Barrett's reply in support of his February 26 motion for reconsideration is due **May 1, 2026.**  There shall be no further adjournment of that date.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

2

Pearl Street, New York, New York.

IT IS FURTHER ORDERED that discovery shall not be stayed during the pendency of motion practice.

IT IS FURTHER ORDERED that the parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations, or supplement their responses, by **May 8, 2026**.

IT IS FURTHER ORDERED that a conference shall be held on **May 1, 2026**, at **3:00 PM** in Courtroom 15B, 500 Pearl Street, New York, New York, 10007.

Dated:    New York, New York
          April 22, 2026

                                        _____
                                        DENISE COTE
                                        United States District Judge

3