Case 1:23-cv-01160-DLC    Document 196    Filed 04/24/26    Page 1 of 1

## LAW OFFICES OF JENNIFER SMITH PLLC

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY  10006

(347) 342-2213

jsmith@jennifersmithlaw.com

April 24, 2026

*The conference is rescheduled to 4/29 at 11:00 am.  /s/ Denise Cote 4/24/26*

**Via ECF**
Hon. Denise L. Cote, USDJ
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> RE:    *Tr. of Local 854 Pension Fund, et al.. v. Barrett et al.*
>          **Docket No. 23-CV-01160 (DLC)**

Dear Judge Cote,

This law firm represents Defendants Kenneth Barrett, Advance Transit, KB3, and KJB (the "Barrett Defendants").  We write to request that the May 1, 2026 conference be rescheduled, due to counsel's unavailability on that date.  Counsel for the remaining defendants (the "Whittier Defendants") consents.  Plaintiff's counsel also consents.

Defendants are sensitive to the Court's concern about delay.  Further, for the Court's convenience in rescheduling the conference, we have consulted with counsel for the other parties to determine mutual availability for a rescheduled conference.

We therefore advise that all counsel are available to appear in the morning on Wednesday, April 29, 2026.  In addition, counsel for all parties are available to appear remotely on May 7, 11, 12, or 14, 2026.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

*s/ Jennifer S. Smith*

Jennifer S. Smith