UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                   :

TRUSTEES OF THE LOCAL 854 PENSION  :
FUND, et. al.,

                                   :        23cv1160 (DLC)

                Plaintiffs,  :

                                   :          ORDER

         -v-                 :

                                   :

KENNETH BARRETT, et al.,       :

                                 :

               Defendants.  :

                                 :
---------------------------------------- X

DENISE COTE, District Judge:

An Order of April 22, 2026 instructed the defendants to answer or otherwise respond to the second amended complaint ("SAC") by May 1.  On May 1, defendants Ken Barrett, Gina Barrett, 745 Whittier Street, Advance Transit, Antoinette Lanteri, KJB Management, KB3 Realty, and 481 Court Street Realty filed a motion to dismiss the SAC pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  Accordingly, it is hereby

ORDERED that the plaintiffs' opposition is due **May 20, 2026**.  The defendants' reply is due **May 27, 2026.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that discovery is not stayed.

Dated:    New York, New York
          May 4, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge