UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
TRUSTEES OF THE LOCAL 854 PENSION      :
FUND, et. al.,                         :
                                       :        23cv1160 (DLC)
                         Plaintiffs,   :
                                       :           ORDER
            -v-                        :
                                       :
KENNETH BARRETT, et al.,               :
                                       :
                         Defendants.   :
                                       X
------------------------------------- 

DENISE COTE, District Judge:

    It having been reported to this Court that the claims

against the Whittier Defendants have been settled, it is hereby

    ORDERED that the claims against the Whittier Defendants are

dismissed without costs to any party and without prejudice to

restoring the claims to this Court's calendar if the application

to restore the claims is made by **August 3, 2026.**  If no such

application is made by that date, today's dismissal of the

claims is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          July 1, 2026

                              _____
                                      DENISE COTE
                              United States District Judge