UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES of the LOCAL 854 PENSION FUND and the LOCAL 854 HEALTH & WELFARE BENEFITS FUND,

Plaintiffs,

v.

GINA BARRETT, 745 WHITTIER STREET LLC, ANTOINETTE LANTERI, 481 COURT STREET REALTY CORP., XYZ CORPORATIONS 1-10, and JANE AND JOHN DOES 1-10,

Defendants.

Case No. 1:23-cv-01160-DLC-JW

**CONSENT JUDGMENT**

**WHEREAS**, on February 10, 2023, Plaintiffs, Trustees (the "Trustees") of the Local 854 Pension Fund (the "Pension Fund") and the Local 854 Health & Welfare Benefits Fund (the "Welfare Fund") (collectively, the "Funds"), commenced the above-captioned action (the "Action");

**WHEREAS**, in the Second Amended Complaint, the Trustees seek to hold Defendants, Gina Barrett ("Gina"), 745 Whittier Street LLC ("745 Whittier"), Antoinette Lanteri ("Antoinette"), and 481 Court Street Realty Corp. ("481 Court") (collectively, the "Whittier Defendants") jointly and severally liable for some or all of the delinquent contributions, withdrawal liability, interest, and liquidated damages owed to the Funds by former Defendant Advance Transit Co. Inc. ("Advance Transit");

**WHEREAS**, the Parties participated in mediation before the Honorable Jennifer E. Willis, U.S.M.J. on March 12, 2026;

**WHEREAS**, on or about June 16, 2026, the Parties entered into a Settlement Agreement resolving all claims by and between them;

**WHEREAS**, the Parties agreed to amend the terms of the Settlement Agreement on or about August 28, 2026;

**WHEREAS**, pursuant to the Settlement Agreement (as amended), the Parties agree it is in their respective interests to resolve the Action upon the terms set forth in the Settlement Agreement (as amended), inclusive of execution of this Consent Judgment;

**WHEREAS**, the Parties, upon due consideration and having been fully advised of its contents, have consented to the entry of this Consent Judgment; and

**WHEREAS**, upon consideration of the record herein, and as agreed to by the Parties, the Court finds it has jurisdiction to enter this Consent Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of the Funds and against 481 Court in the liquidated amount of $5,000,000.00. This Consent Judgment will be binding upon the Trustees, the Funds, and Defendant 481 Court, and each of their respective successors and assigns.

2. The automatic stay of execution and proceedings to enforce the Consent Judgment imposed by Federal Rule of Civil Procedure 62(a) is dissolved effective immediately upon entry of this Consent Judgment. Subject to the terms of the Settlement Agreement (as amended), the Trustees may immediately obtain a transcript of this Consent Judgment and proceed to docket, record, levy, execute upon, or otherwise enforce this Consent Judgment, without awaiting the expiration of the thirty-day period set forth in Rule 62(a).

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action is

Case 1:23-cv-01160-DLC Document 234 Filed 08/31/26 Page 3 of 3

dismissed with prejudice as against 745 Whittier, Gina, and Antoinette.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Action is dismissed without prejudice as against XYZ CORPORATIONS 1-10 and JANE AND JOHN DOES 1-10.

5. The Court will retain jurisdiction over the Action for the purpose of enforcing this Consent Judgment. The Clerk of Court shall close this action.

Dated: August 31, 2026

**PROSKAUER ROSE LLP**

By: ***/s/ Neil V. Shah***
Neil V. Shah
Sydney L. Juliano
Eleven Times Square
New York, NY 10036
Tel.: (212) 969-3028
nshah@proskauer.com
sjuliano@proskauer.com

*Counsel for Plaintiffs*

Dated: August 31, 2026

**JASPER & JASPER, PLLC**

By: /s/ Zoë E. Jasper
Zoë E. Jasper, Esq.
17 State Street, Suite 4000
New York, NY 10004
Tel.: (212) 634-9949
Fax: (888) 279-1890
zoe@jasperpllc.com

*Counsel for Defendants Gina Barrett, 745 Whittier Street LLC, Antoinette Lanteri, and 481 Court Street Realty Corp.*

**IT IS SO ORDERED.**

Dated: 9/1/26

Honorable Denise L. Cote, U.S.D.J.